IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DEXTER ALAN BRUNSON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:14CV00425 SWW |
| CAROLYN W. COLVIN, ACTING | * | |
| COMMISSIONER, SOCIAL | * | |
| SECURITY ADMINISTRATION | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge J. Thomas Ray. After carefully reviewing Judge Ray's Recommendation and Plaintiff's objections and reviewing pertinent portions of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's motion for relief (ECF NO. 2) is DENIED and the Commissioner's order of dismissal is AFFIRMED. Pursuant to the judgment entered together with this order, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 10TH DAY OF FEBRUARY, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE